UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                           CHAPTER 13
RAYMOND R. STEVENS
TRACI L. STEVENS                                   CASE NO. 14-82753

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** JPMorgan Chase Bank NA         **Court claim #:** 6

**Last four digits** of any number used to identify the debtor's account: 7752

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1531.17 |
| Amount Paid by Trustee | $1531.17 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/14/18                               /s/Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee
                                                   308 W. State St., Suite 212
                                                   Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 14th Day of May, 2018

Dated:  5/14/18                               /s/Cynthia K. Burnard

JP MORGAN CHASE BANK NATIONAL ASSOCIATIO
3415 VISION DRIVE
MAIL CODE OH-7142
COLUMBUS, OH 43219

CHASE
PO BOX 24696
COLUMBUS, OH  43224-4696

KEITH LEVY
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

RAYMOND R. STEVENS
TRACI L. STEVENS
3616 W. JOHN ST.
MCHENRY, IL  60050

GERACI LAW LLC
55 E. MONROE ST., #3400
CHICAGO, IL  60603